DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:         james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHHUNMENG TOV, OFFICER ADAM LOBSINGER,
OFFICER VIET HA, OFFICER DAVID LEE,
SGT. STEVEN HASKELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CECILIA LAM, SHUT FAN LAM, JOSEPH LAM, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; OFFICER CHHUNMENG TOV; OFFICER ADAM LOBSINGER; OFFICER VIET HA; OFFICER DAVID LEE; SGT. STEVEN HASKELL; and DOES 6 through 25, <br><br> Defendants. | Case No. 16-CV-2594-KAW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXPERT DISCOVERY** <br><br> Trial Date:               October 2, 2017 |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request

modification of the Court's October 19, 2016 Case Management Order (Dkt. 18) as follows:

Expert Discovery Cutoff:  Friday June 30, 2017 (from Friday, May 26, 2017)

All other dates, including the trial date, will remain the same.

STIP & ORDER RE EXPT DISCOVERY DEADLINE          1          c:\users\imbria~1\appdata\local\temp\notesf8c1a4\01193214.docx
CASE NO. 16-CV-2594-KAW

The parties make this request based on the following circumstances:

1.     Defendants filed a Motion for Summary Judgment that was submitted to the court following oral argument on April 20, 2017.

2.     The parties wish to avoid the significant cost of having experts prepare for, and provide, expert witness deposition testimony in the event the Court grants Defendants' dispositive motion.

3.     There have been no other modifications to the portions of the Case Management order that this stipulation seeks to modify.  No other dates will be affected by the requested changes.

STIPULATED AND AGREED:


Dated:  May 18, 2017

                                        DENNIS J. HERRERA
                                        City Attorney
                                        CHERYL ADAMS
                                        Chief Trial Deputy
                                        JAMES F. HANNAWALT
                                        Deputy City Attorney


                              By:   */s/ James F. Hannawalt*
                                        JAMES F. HANNAWALT
                                        Attorneys for Defendants

Dated:  May 18, 2017

                                        CASPER MEADOWS SCHWARTZ & COOK


                              By:   */s/  Nicholas Casper*
                                        NICHOLAS CASPER
                                        Attorneys for Plaintiffs

1

**ORDER**

2       Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the pre-trial

3  deadlines be continued as follows:

4       Expert Discovery Cutoff:  Tuesday, June 30, 2017.

5       All other dates, including the trial date, will remain the same.

6

7                           _____
                           HON. KANDIS WESTMORE

8                           U.S. District Court Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER RE EXPT DISCOVERY DEADLINE    3     c:\users\imbria~1\appdata\local\temp\notesf8c1a4\01193214.docx
CASE NO. 16-CV-2594-KAW