| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy |
| 3 | JAMES F. HANNAWALT, State Bar #139657<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-3913 |
| 6 | Facsimile: (415) 554-3837<br>E-Mail: james.hannawalt@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHHUNMENG TOV, OFFICER ADAM LOBSINGER,
OFFICER VIET HA, OFFICER DAVID LEE,
SGT. STEVEN HASKELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ESTATE OF CECILIA LAM, SHUT FAN LAM, JOSEPH LAM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER CHHUNMENG TOV; OFFICER ADAM LOBSINGER; OFFICER VIET HA; OFFICER DAVID LEE; SGT. STEVEN HASKELL; and DOES 6 through 25,<br><br>Defendants. | Case No. 16-CV-2594-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXPERT DISCOVERY**<br><br>Trial Date: October 2, 2017 |
|---|---|

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's October 19, 2016 Case Management Order (Dkt. 18) as follows:

Expert Discovery Cutoff: Friday June 30, 2017 (from Friday, May 26, 2017)

All other dates, including the trial date, will remain the same.

STIP & ORDER RE EXPT DISCOVERY DEADLINE     1
CASE NO. 16-CV-2594-KAW

The parties make this request based on the following circumstances:

1. Defendants filed a Motion for Summary Judgment that was submitted to the court following oral argument on April 20, 2017.

2. The parties wish to avoid the significant cost of having experts prepare for, and provide, expert witness deposition testimony in the event the Court grants Defendants' dispositive motion.

3. There have been no other modifications to the portions of the Case Management order that this stipulation seeks to modify. No other dates will be affected by the requested changes.

STIPULATED AND AGREED:

Dated: May 18, 2017

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Deputy
    JAMES F. HANNAWALT
    Deputy City Attorney

By: */s/ James F. Hannawalt*
    JAMES F. HANNAWALT
    Attorneys for Defendants

Dated: May 18, 2017

    CASPER MEADOWS SCHWARTZ & COOK

By: */s/ Nicholas Casper*
    NICHOLAS CASPER
    Attorneys for Plaintiffs

# ORDER

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the pre-trial deadlines be continued as follows:

Expert Discovery Cutoff: Tuesday, June 30, 2017.

All other dates, including the trial date, will remain the same.

_____
HON. KANDIS WESTMORE
U.S. District Court Magistrate Judge